[Cite as *12/23/2003 Case Announcements,* 2003-Ohio-6998.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## December 23, 2003

## MOTION AND PROCEDURAL RULINGS

**1985–0007. State v. Williams.**
Cuyahoga App. No. 47853. By entry filed November 26, 2003, this court ordered that appellant's sentence be carried into execution on Wednesday, the 14th day of January, 2004. In order to facilitate this court's timely consideration of any matters relating to the execution of appellant's sentence,

IT IS ORDERED by the court that the Chief Justice may suspend application of any provisions of the Rules of Practice of the Supreme Court, including, but not limited to, the filing requirements imposed by S.Ct.Prac.R. XIV(1).

IT IS FURTHER ORDERED by the court that service of documents as required by S.Ct.Prac.R. XIV(2), shall be personal or by facsimile transmission.

IT IS FURTHER ORDERED by the court that counsel of record for the parties shall supply this court with a copy of any document relating to this matter that is filed in, or issued by, any other court in this state or any federal court, as well as any communication, pardon, or warrant of reprieve issued by the Governor. A copy of the document shall be delivered to the Office of the Clerk as soon as possible, either personally or by facsimile transmission.

**2003–2086. State v. Chambers.**
Butler App. No. CA2003–05–137, 2003-Ohio-5991. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for bail pending appeal,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

[Cite as *12/29/2003 Case Announcements,* 2003-Ohio-7098.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## December 29, 2003

## MERIT DECISIONS WITHOUT OPINIONS

**2003–0220. Scaglione v. Kraftmaid Cabinetry, Inc.**
Geauga App. No. 2001–G–2364, 2002-Ohio-6917. This cause is pending before the court as an appeal from the Court of Appeals for Geauga County. Upon consideration of the merits, the judgment and opinion of the court of appeals is vacated, and this cause is dismissed as moot.

IT IS FURTHER ORDERED that the parties are to bear their respective costs herein expended; and that a mandate be sent to the Court of Common Pleas of Geauga County to carry this judgment into execution; and that a copy of this entry be certified to the Clerk of the Court of Appeals for Geauga County for entry.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.